# MINUTES

CASE NUMBER: 1:19-cr-00099-DKW-2

CASE NAME: USA v. (02) John B. Stancil

ATTY FOR PLA: Mark A. Inciong

ATTY FOR DEFT: (02) Gary Gurmail Singh

U.S. Pretrial Officer: Diane Arima-Linscott for Erin Patrick

JUDGE: Kenneth J. Mansfield    REPORTER: AT&T Service

DATE: 07/16/2020    TIME: 12:33 - 12:39

COURT ACTION: EP: TELEPHONIC INITIAL APPEARANCE; ARRAIGNMENT & PLEA TO THE SUPERSEDING INDICTMENT AS TO DEFENDANT (02) JOHN B. STANCIL held.

Defendant is in custody and present via telephone from the Federal Detention Center.

Counsel Gary Gurmail Singh is provisionally appointed pending submission of Defendant's Financial Affidavit form at a later date.

Mr. Singh represents that the Defendant waives his right in person and consent to appear via telephone for the purposes of this hearing. Court conducted a colloquy with Defendant. Defendant confirms counsel's representation.

Charges have been briefly discussed. Defendant waives public reading of the charges. Defendant enters a Plea of NOT GUILTY to the Superseding Indictment.

Dates given:

==Jury Selection/Trial:== ==September 14, 2020 at 9:00 a.m. before District Judge Derrick K. Watson==

==Final Pretrial Conference:== ==August 17, 2020 at 9:30 a.m. before Magistrate Judge Rom Trader==

Pursuant to the United States District Court for the District of Hawaii's June 1, 2020 Temporary General Order Regarding District of Hawaii Response to COVID-19 Emergency and June 29, 2020 Order Authorizing the Use of Telephonic and Video Hearings pursuant to the CARES Act, this hearing will be held telephonically. Parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least ten (10) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-888-363-4735.

Access Code is 2070326

Motions due: August 3, 2020
Response due: August 17, 2020

A Rule 16.1 Discovery Conference deadline for parties to meet is set for July 30, 2020.

==Detention hearing is set for July 21, 2020 at 9:30 a.m. before Magistrate Judge Kenneth J. Mansfield.==

Given the United States District Court for the District of Hawaii's June 1, 2020 Temporary General Order Regarding District of Hawaii Response to COVID-19 Emergency and June 29, 2020 Order Authorizing the Use of Telephonic and Video Hearings pursuant to the CARES Act due to the ongoing COVID-19 pandemic and public health emergency, including the anticipated long term need to maintain certain social distancing and other measures intended to protect the public, court employees, and counsel from being exposed to the COVID-19 virus, while at the same time regulating criminal matters, the hearing will be held telephonically. Parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-877-848-7030
Access Code is 2123668

Defendant to remain in the custody of the Federal Detention Center.

*Submitted by: Bernie Aurio, Courtroom Manager*