JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
MICAH SMITH
MARK A. INCIONG     CA BAR #163443
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Michael.Nammar@usdoj.gov
        Micah.Smith@usdoj.gov
        Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099 DKW-KJM |
| | ) | |
| Plaintiff, | ) | SECOND STIPULATION AND |
| | ) | ORDER CONTINUING DEADLINE |
| vs. | ) | DATES |
| | ) | |
| JOHN B. STANCIL,     (02) | ) | |
| JARRIN K. YOUNG,     (11) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

SECOND STIPULATION CONTINUING DEADLINE DATES

The United States of America, the Bureau of Prisons, FDC Honolulu, and Defendants John B. Stancil and Jarrin K. Young hereby agree and stipulate to continue the deadline date to respond to Defendant John B. Stancil's Motion for an Order Prohibiting the Bureau of Prisons from Taking Actions that Interfere with Defendant's Right to Effective Assistance of Counsel (Dkt. #206), that is currently due on June 4, 2021, as well as a continuance of the hearing set on June 25, 2021, for an additional 3 weeks.

The parties have met and conferred, and have made progress toward possibly resolving the motion without the need for further litigation. The requested continuance will allow sufficient time for these discussions to run their course.

DATED: June 1, 2021, at Honolulu, Hawaii.

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

*/s/ Micah Smith*
By_____
MICAH SMITH
Assistant U.S. Attorney

*/s/ Walter Rodby*
_____
WALTER RODBY, ESQ.
Attorney for Defendant
  JOHN B. STANCIL

*/s/ Dana Ishibashi*

_____
DANA ISHIBASHI, ESQ.
Attorney for Defendant
JARRIN K. YOUNG

## ORDER CONTINUING DEADLINE DATES

The above Stipulation Continuing Deadline Dates is hereby approved, and are adopted as findings by the Court.  For the reasons stated, IT IS HEREBY ORDERED:

(1) the response by Government and FDC Honolulu are due on June 25, 2021;

(2) the reply from Defendants are due on July 1, 2021; and

(3) the hearing on motion is set for July 16, 2021 at 10:00 a.m. by Video Tele-Conference (VTC).

DATED:  June 1, 2021, at Honolulu, Hawaii.



_____
Kenneth J. Mansfield
United States Magistrate Judge

UNITED STATES v. JOHN B. STANCIL AND JARRIN K. YOUNG
Cr. No. 19-00099 DKW-KJM
"Second Stipulation and Order Continuing Deadline Dates"