BFL LAW LLP
TERRI L. FUJIOKA-LILLEY, 9590
75-127 Lunapule Road, Ste. 8B
Kailua-Kona, HI 96740
Telephone: (808) 345-7662
terri@bfl.law

THE LAW OFFICE OF WALTER J. RODBY LLC
WALTER J. RODBY, 5594
733 Bishop Street, Ste. 2302
Honolulu, HI 96813
Telephone: (808) 545-5490
attorneyrodby@msn.com

*Attorneys for John B. Stancil (02)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN B. STANCIL (02),<br><br>　　　　　　　　Defendant. | No. 1:19-cr-000099-DKW-KJM<br><br>ORDER GRANTING JOHN B. STANCIL'S MOTION OF JOHN B. STANCIL FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF PAGE/WORD LIMITS |

ORDER GRANTING JOHN B. STANCIL'S MOTION OF JOHN B. STANCIL FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF PAGE/WORD LIMITS

THE COURT, having considered Defendant John B. Stancil's Motion for Leave to File Memorandum of Law in Excess of Page/Word Limits, filed on June 14, 2023 (ECF No. 883), and good cause appearing, HEREBY ORDERS that

Defendant John B. Stancil's motion is GRANTED. LEAVE OF COURT is HEREBY GRANTED for Defendant John B. Stancil to file his 9,659-word Memorandum of Law in Support of his Motion to Reconsider Order of Detention Pending Trial [ECF 351]; to Order Temporary Release; to Order Release from Punitive Detention; and/or to Modify the Conditions of Detention to Permit John B. Stancil to Prepare for Trial.

IT IS SO ORDERED.

DATE: Honolulu, Hawaii, June 16, 2023.



Kenneth J. Mansfield
United States Magistrate Judge

---

*United States of America v. John B. Stancil (02)*, No. 1:19-cr-00099-DKW-KJM; ORDER GRANTING JOHN B. STANCIL'S MOTOIN FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF PAGE/WORD LIMITS