IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN B. STANCIL,　(02)<br><br>　　　　　Defendant. | CR. NO. 19-00099-02 DKW-KJM<br><br>DECLARATION OF MICHAEL NAMMAR |

DECLARATION OF MICHAEL NAMMAR

　　　　I, MICHAEL NAMMAR, declare as follows:

　　　　1.　　I am one of the Assistant U.S. Attorneys in the District of Hawaii assigned to represent the United States of America in the above-captioned matter.

　　　　2.　　Attached as Exhibit 1 is a true and accurate copy of an email that I sent to counsel for defendant John B. Stancil on Thursday, June 1, 2023.

　　　　3.　　Attached as Exhibit 2 is a true and accurate copy of an email that I received from counsel for defendant John B. Stancil on Friday, June 2, 2023.

//

//

//

//

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: June 28, 2023, at Honolulu, Hawaii.

*/s/ Michael Nammar*
MICHAEL NAMMAR
Assistant U.S. Attorney