# EXHIBIT 1

**From:**     Nammar, Michael (USAHI)
**To:**       Terri Fujioka-Lilley; Smith, Micah (USAHI); Inciong, Mark (USAHI)
**Cc:**       Walter J. Rodby (Other); Tahisha Depontes
**Subject:**  RE: Discovery request - USA v. Miske, No. 1:19-cr-99
**Date:**     Thursday, June 1, 2023 4:01:26 PM

Hi Terri,

We've checked with the FBI about the incident involving Dusky Toledo, Dustin Toledo Young, and
████████ .  They did not participate in the investigation into that matter, and do not have any
discovery materials related to that investigation, which has been handled by HPD.  We would,
however, be glad to reach out to HPD on your behalf to ask them for any materials they are willing
to provide.  If you would like us to do that, please let us know.

Best,
Mike

---

**From:** Nammar, Michael (USAHI)
**Sent:** Friday, May 12, 2023 3:38 PM
**To:** Terri Fujioka-Lilley <terri@bfl.law>; Smith, Micah (USAHI) <msmith14@usa.doj.gov>; Inciong,
Mark (USAHI) <MInciong@usa.doj.gov>
**Cc:** Walter J. Rodby (Other) <attorneyrodby@msn.com>; Tahisha Depontes <tahisha@bfl.law>
**Subject:** RE: Discovery request - USA v. Miske, No. 1:19-cr-99

Hi Terri,
We are looking into your request and will get back to you ASAP.  Have a nice weekend.
Thank you.
Mike

---

**From:** Terri Fujioka-Lilley <terri@bfl.law>
**Sent:** Wednesday, May 10, 2023 1:08 PM
**To:** Smith, Micah (USAHI) <msmith14@usa.doj.gov>; Nammar, Michael (USAHI)
<MNammar@usa.doj.gov>; Inciong, Mark (USAHI) <MInciong@usa.doj.gov>
**Cc:** Walter J. Rodby (Other) <attorneyrodby@msn.com>; Tahisha Depontes <tahisha@bfl.law>
**Subject:** [EXTERNAL] Discovery request - USA v. Miske, No. 1:19-cr-99

Aloha all,

After some significant searching, it appears that the Honolulu Police investigation of the murders
of Dusky Toledo and Dustin Toledo Young is not included in the discovery produced to date.
Because the factual information related to that incident is highly relevant to the determination by
the FBI that ████████ killed both men in self-defense  while a CHS, I believe that should have
been produced with the other *Giglio* material in January, along with any federal investigative
activity related to the murders and all internal communications among the federal agencies
involved in the Miske investigation regarding the decision to continue to work with ████████
(SI-████████), aka Kid Dynamite, as reflected in the continued use report provided in production

27 at BATES 403526.

Can you please advise when these records can be produced?

Mahalo,
Terri

**Terri L. Fujioka-Lilley**
**BFL Law**
*75-127 Lunapule Road, Suite 8B*
*Kailua-Kona, HI 96740*
*Tel: (808) 345-7662*

------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately contact BFL Law at (808) 345-7662 and permanently delete the original email along with any electronic or hard copies that may have been created.

------------------------------------------------------------------